UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SUMONTINEE SRIDEJ, | Case No. 2:23-cv-00114-ART-BNW |
| Petitioner, | ORDER |
| v. | |
| ANTONY J. BLINKEN, *et al.*, | |
| Respondents. | |

The parties stipulate to an extension of time for Respondents to file their response to Petitioner's Motion to Reopen. (ECF No. 29.) The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the extension.

It is therefore ordered that the parties' Stipulation for Extension of Time (ECF No. 29) is granted. Respondents have until September 21, 2023, to file their response.

DATED THIS 14th day of September 2023.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE